UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE DORA KLEMENT

23 Misc. 00254 (JHR)

<u>ORDER WITHDRAWING
REFERENCE TO
MAGISTRATE JUDGE</u>

JENNIFER H. REARDEN, District Judge:

On August 16, 2023, the Court referred this case to Magistrate Judge Willis for general pretrial and for purposes of a specific dispute. *See* ECF No. 8. It is hereby ORDERED that the reference is WITHDRAWN.

SO ORDERED.

Dated: September 1, 2023
New York, New York

JENNIFER H. REARDEN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/1/2023